```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                              Case No. 19-41153-RLE
Roger Lynell Dorris                                                 Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0971-4           User: rasingh              Page 1 of 2              Date Rcvd: May 20, 2019
                               Form ID: 309A              Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
db             +Roger Lynell Dorris,    PO Box 3476,    San Ramon, CA 94583-8476
smg            +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
ust            +Office of the U.S. Trustee/Oak,    Office of the United States Trustee,
                 Phillip J. Burton Federal Building,     450 Golden Gate Ave. 5th Fl., #05-0153,
                 San Francisco, CA 94102-3661
14982929       +Capital Bank,    One Church Street, Suite 100,     Rockville, MD 20850-4190
14982931       +CarMax Auto Finance,    PO Box 3174,    Milwaukee, WI 53201-3174
14982935       +EOS CCA,    PO Box 329,    Norwell, MA 02061-0329
14982942       +Rash Curtis & Associates,    190 S Orchard Ave a200,     Vacaville, CA 95688-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: nateborris@gmail.com May 21 2019 02:36:48      Nathan David Borris,
                 Law Offices of Nathan D. Borris,    1380 A St.,    Hayward, CA 94541
tr             +EDI: BMGWEINSTEIN.COM May 21 2019 06:33:00      Marlene G. Weinstein,
                 1511 Sycamore Ave. #M-259,    Hercules, CA 94547-1767
smg             EDI: EDD.COM May 21 2019 06:33:00      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM May 21 2019 06:33:00      CA Franchise Tax Board,
                 Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA 95812-2952
smg             EDI: CALTAXFEE May 21 2019 06:33:00      State Board of Equalization,    Collection Dept.,
                 P.O. Box 942879,    Sacramento, CA  94279
cr             +EDI: ATLASACQU.COM May 21 2019 06:33:00      Atlas Acquisitions LLC,    Attn: Avi Schild,
                 294 Union St.,    Hackensack, NJ 07601-4303
cr             +EDI: RMSC.COM May 21 2019 06:33:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 P.O. Box 41021,    Norfolk, VA 23541-1021
14982994       +EDI: ATLASACQU.COM May 21 2019 06:33:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14982930       +EDI: CAPITALONE.COM May 21 2019 06:33:00      Capital One Bank USA, N.A.,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
14982932        EDI: WFNNB.COM May 21 2019 06:33:00      Comenity Bank,    PO Box 182789,
                 Columbus, OH 43218-2789
14982933        EDI: RCSFNBMARIN.COM May 21 2019 06:33:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
14982934       +E-mail/Text: bknotice@ercbpo.com May 21 2019 02:37:36      Enhanced Recovery Company,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14982936       +EDI: CALTAX.COM May 21 2019 06:33:00      Franchise Tax Board,    Bankruptcy Section MS A340,
                 PO Box 2952,    Sacramento, CA 95812-2952
14982937       +EDI: IRS.COM May 21 2019 06:33:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14982938       +EDI: TSYS2.COM May 21 2019 06:33:00      Macy's/DSNB,    PO Box 8218,    Mason, OH 45040-8218
14982939       +EDI: MID8.COM May 21 2019 06:33:00      Midland Funding,    2365 Northside Drive Suite 300,
                 San Diego, CA 92108-2709
14982940       +E-mail/Text: opportunitynotices@gmail.com May 21 2019 02:37:47      OPP Loans,
                 130 E Randolph St, Suite 3400,    Chicago, IL 60601-6379
14982941        EDI: PRA.COM May 21 2019 06:33:00      Portfolio Recovery Associates, LLC,    120 Corporate Blvd,
                 Norfolk, VA 23541
14982943       +EDI: RMSC.COM May 21 2019 06:33:00      Synchrony Bank/JCP,    PO Box 965007,
                 Orlando, FL 32896-5007
14982944       +EDI: RMSC.COM May 21 2019 06:33:00      Synchrony Bank/Old Navy,    PO Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2019 at the address(es) listed below:

    Marlene G. Weinstein    mgwtrustee@mgwtrustee.com, c142@ecfcbis.com
    Nathan David Borris    on behalf of Debtor Roger Lynell Dorris nateborris@gmail.com
    Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov

                                                           TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Roger Lynell Dorris**<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–8384<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of California** | | Date case filed for chapter  **7   5/17/19** |
| Case number:  **19–41153 RLE 7** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|   |   | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Roger Lynell Dorris | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 3476<br>San Ramon, CA 94583 | |
| 4. | **Debtor's attorney**<br>Name and address | Nathan David Borris<br>Law Offices of Nathan D. Borris<br>1380 A St.<br>Hayward, CA 94541 | Contact phone (510) 581–7113 |
| 5. | **Bankruptcy trustee**<br>Name and address | Marlene G. Weinstein<br>1511 Sycamore Ave. #M–259<br>Hercules, CA 94547 | Contact phone (925) 482–8982<br>Email:  mgwtrustee@mgwtrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1300 Clay Street, Suite 300<br>Oakland, CA 94612 | Hours open: 9:00 am to 4:30 pm,<br>Monday – Friday<br>Contact phone: 510–879–3600<br>Date: 5/20/19 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                 page 1

Case: 19-41153   Doc# 8   Filed: 05/22/19   Entered: 05/22/19 21:26:56   Page 3 of 4

| 7. | Meeting of creditors | **June 18, 2019 at 10:00 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Office of the U.S. Trustee, 1301 Clay St. Room 1300N, Oakland, CA 94612** |

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. If a debtor fails to appear, your case may be dismissed without further notice.

| 8. | Presumption of abuse | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 8/19/19** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

Case: 19-41153    Doc# 8    Filed: 05/22/19    Entered: 05/22/19 21:26:56    Page 4 of 4